JEFFER MANGELS BUTLER & MITCHELL LLP
ROBERT B. KAPLAN (Bar No. 76950)
NICOLAS DE LANCIE (Bar No. 84934)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Secured Creditor and Creditor's
Plan Proponent ORIX CAPITAL MARKETS, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>LIGHTHOUSE LODGE, LLC,<br><br>Debtor. | Case No. 09-52610 SLJ<br><br>Chapter 11<br><br>Hearing:<br><br>June 22, 2011<br>1:30 p.m.<br>Honorable Stephen L. Johnson<br>Courtroom 3009<br>United States Bankruptcy Court<br>280 South First Street<br>San Jose, California |

**MOTION TO CONFIRM SALE OF
LIGHTHOUSE LODGE TO
SUCCESSFUL BIDDER PURSUANT TO
SALE PROCEDURES SET FORTH IN
ORIX CAPITAL MARKETS, LLC,
CREDITOR'S SECOND AMENDED PLAN OF LIQUIDATION**

**TO: THE HONORABLE STEPHEN L. JOHNSON,
UNITED STATES BANKRUPTCY JUDGE**

ORIX CAPITAL MARKETS, LLC (**"ORIX"**), (i) a secured creditor in the above-captioned Chapter 11 case (the **"Case"**), wherein LIGHTHOUSE LODGE, LLC, is the debtor (the **"Debtor"**); and (ii) the proponent of the ORIX Capital Markets, LLC, Creditor's Second Amended

1 Plan of Liquidation in the Case confirmed, as theretofore and thereby modified, by the Order
2 Confirming ORIX Capital Markets, LLC, Creditor's Second Amended Plan of Liquidation entered
3 in the Case on December 28, 2010 [Docket No. 370], and thereafter modified by the Order on
4 Emergency Stipulation for Immediate Termination of Confirmation Order Stay to Permit
5 Liquidating Agent to Act entered in the Case on January 3, 2011 [Docket No. 373] (that plan, as so
6 modified, the **"Creditor's Plan"**[*]), hereby moves the Court, by this Motion to Confirm Sale of
7 Lighthouse Lodge to Successful Bidder Pursuant to Sale Procedures Set Forth in ORIX Capital
8 Markets, LLC, Creditor's Second Amended Plan of Liquidation (this **"Motion"**), for an order
9 pursuant to Section 12 (Sale Hearing) of the Sale Procedures confirming the Sale to the Successful
10 Bidder, that being ORIX, pursuant to the Final APA (that being the Asset Purchase Agreement
11 dated as of May 17, 2011, between the Liquidating Agent, as seller, and ORIX, as buyer), for a
12 Purchase Price (as defined therein) of $10,940,000.00.

13 This Motion is made on the grounds that it is provided for and contemplated by the
14 Creditor's Plan, the Sale Procedures, to the extent applicable, have been complied with by the
15 Liquidating Agent, and ORIX is the Successful Bidder (actually, the only bidder) under the Sale
16 Procedures.

17 \\\\
18 \\\\
19 \\\\
20 \\\\
21 \\\\
22 \\\\
23 \\\\
24 \\\\
25 \\\\

---

[*] All capitalized terms used but not defined herein have the meanings given those terms, whether directly or by reference, in the Creditor's Plan.

JMBM | Jeffer Mangels Butler & Mitchell LLP
PRINTED ON RECYCLED PAPER

This Motion is supported by the Memorandum of Points and Authorities in Support of Motion to Confirm Sale of Lighthouse Lodge to Successful Bidder Pursuant to Sale Procedures Set Forth in ORIX Capital Markets, LLC, Creditor's Second Amended Plan of Liquidation and the Declaration of Anthony C. Dimond in Support of Motion to Confirm Sale of Lighthouse Lodge to Successful Bidder Pursuant to Sale Procedures Set Forth in ORIX Capital Markets, LLC, Creditor's Second Amended Plan of Liquidation filed and served contemporaneously herewith.

Dated: June 1, 2011.    JEFFER MANGELS BUTLER & MITCHELL LLP

By: */s/ Nicolas De Lancie*
NICOLAS DE LANCIE

Attorneys for
Secured Creditor and Creditor's Plan Proponent
ORIX CAPITAL MARKETS, LLC