**Entered on Docket**
**June 24, 2011**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



1  JEFFER MANGELS BUTLER &
   MITCHELL LLP

The following constitutes
the order of the court. Signed June 24, 2011

2  ROBERT B. KAPLAN, ESQ. (Bar No. 76950)
   NICOLAS DE LANCIE, ESQ. (Bar. No. 84934)

3  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3813

_____

4  Telephone:      (415) 398-8080            **Stephen L. Johnson**
   Facsimile:      (415) 398-5584            **U.S. Bankruptcy Judge**

5  e-mail:         nde@jmbm.com        _____

6  Attorneys for Secured Creditor
   and Creditor's Plan Proponent

7  ORIX CAPITAL MARKETS, LLC

8

9              UNITED STATES BANKRUPTCY COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13  In re                                    Case No. 09-52610 SLJ

14  LIGHTHOUSE LODGE, LLC,                    Chapter 11

15            Debtor.                         Hearing Held:

16                                            June 22, 2011
                                              1:30 p.m.
17                                            Honorable Stephen L. Johnson
                                              Courtroom 3009
18                                            United States Bankruptcy Court
                                              280 South First Street
19                                            San Jose, California

20

21       **ORDER CONFIRMING SALE OF LIGHTHOUSE LODGE**

22

23       The Motion to Confirm Sale of Lighthouse Lodge to Successful Bidder Pursuant to

24  Sale Procedures Set Forth in ORIX Capital Markets, LLC, Creditor's Second Amended Plan of

25  Liquidation filed in the above-captioned Chapter 11 case by of ORIX CAPITAL MARKETS, LLC

26  (**"ORIX"**), on June 1, 2011 [Docket No. 477] (the **"Motion"**[*]), came on regularly for hearing

27  ──────────────────
    [*]  All capitalized terms used but not defined in this order have the meanings given those terms, whether directly
28       or by reference, in the Motion.

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON
RECYCLED PAPER

Page 1
SF\1201181v1 63910 0001

before the Court at the time on the date set out above. JEFFER MANGELS BUTLER & MITCHELL LLP, through NICOLAS DE LANCIE, ESQ., appeared for ORIX; and other appearances were noted in the record.

The Court having considered the Motion, the papers filed in support thereof, the lack of objection thereto, and the matters stated on the record at the hearing thereon, and good cause appearing,

IT IS ORDERED THAT—

1.    The Motion is granted; and

2.    The Sale of the Sale Assets to the Successful Bidder (that being ORIX) pursuant to the Final APA (that being the Asset Purchase Agreement dated as of May 17, 2011, between the Liquidating Agent, as seller, and ORIX, as buyer) for a Purchase Price (as defined in the Final APA) of $10,940,000.00 is confirmed pursuant to Section 12 (Sale Hearing) of the Sale Procedures.

** END OF ORDER **

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Mitchell LLP

JMBM | Jeffer Mangels Butler & Mitchell LLP

1

2 **<u>COURT SERVICE LIST</u>**

3

4 [United States Trustee]
Office of the United States Trustee
5 San Jose Divisional Office
Attention:    John S. Wesolowski, Esq.
6 280 South First Street, Suite 268
San Jose, California 95113

7

[Liquidating Agent]
8 Anthony C. Dimond
Liquidating Agent for Lighthouse Lodge
9 c/o Horwath HTL
1050 Northgate Drive, Suite 440
10 San Rafael, California 94903

11 [Counsel for Liquidating Agent]
Aron M. Oliner, Esq.
12 Duane Morris LLP
333 Market Street, Suite 2500
13 San Francisco, California 94105

14 [Counsel for Debtor]
Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP
15 Attention:    Hagop T. Bedoyan, Esq.
5260 North Palm Avenue, Suite 201
16 Fresno, California 93704

17 [Counsel for Geneva/Miller]
Wendel Rosen Black & Dean LLP
18 Attention:    Tracy Green, Esq.
1111 Broadway, 24th Floor
19 Oakland, California 94607

20 [Counsel for ORIX]
Jeffer Mangels Butler & Mitchell LLP
21 Attention:    Robert B. Kaplan, Esq.
Two Embarcadero Center, Fifth Floor
22 San Francisco, California 94111-3813

23 [Counsel for ORIX]
Jeffer Mangels Butler & Mitchell LLP
24 Attention:    Nicolas De Lancie, Esq.
Two Embarcadero Center, Fifth Floor
25 San Francisco, California 94111-3813

26

27

28

PRINTED ON
RECYCLED PAPER

Page 3
SF\1201181v1 63910 0001

Case: 09-52610   Doc# 491   Filed: 06/24/11   Entered: 06/24/11 11:49:29   Page 3 of 3

Order Confirming Sale
Court Service List